No. 79–558. Presbytery of Riverside et al. v. Community Church of Palm Springs. Ct. App. Cal., 4th App. Dist. Motion of Lutheran Church in America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 79–5255. Amadeo v. Georgia. Sup. Ct. Ga. Certiorari denied.

Mr. Justice Brennan and Mr. Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 79–5430. Skipper v. Wainwright, Secretary, Department of Offender Rehabilitation of Florida. C. A. 5th Cir. Application for stay, addressed to The Chief Justice and referred to the Court, denied. Certiorari denied.

No. 78–1423. Olitt v. Murphy, Judge, et al., *ante,* p. 825;

No. 78–1631. Berlin v. Nathan et al., *ante,* p. 828;

No. 78–1642. St. Regis Paper Co. v. Marshall, Secretary of Labor, et al., *ante,* p. 828;

No. 78–1652. Hodder et al. v. United States Nuclear Regulatory Commission et al., *ante,* p. 829;

No. 78–1674. L. W. Bennett & Sons, Inc. v. Anichinapeo et al., *ante,* p. 830;

No. 78–1764. Ryan v. United States, *ante,* p. 834;

No. 78–1782. Bowling v. Mathews et al., *ante,* p. 835;

No. 78–1836. Lewin v. New Jersey, *ante,* p. 905; and

No. 78–1869. Rehahn et al. v. General Motors Corp. et al., *ante,* p. 840. Petitions for rehearing denied.